FILED IN
COURT OF CRIMINAL APPEALS

July 16, 2015

ABEL ACOSTA, CLERK

PD-0878-15

PD-0878-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/14/2015 4:43:34 PM
Accepted 7/16/2015 4:55:04 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
### CAUSE NO. _____

### ON APPEAL FROM:
### IN THE COURT OF APPEALS
### FOR THE THIRTEENTH DISTRICT OF TEXAS
### CAUSE NO. 13-14-00297-CR

### ALEJANDRO BARRIENTES
### V.
### THE STATE OF TEXAS

### ON APPEAL FROM THE 107TH DISTRICT COURT OF
### CAMERON COUNTY, TEXAS
### CAUSE NO. 2013-DCR-00657-A

**************************************************
**Appellant's First Motion for Extension of Time to File
Petition for Discretionary Review.**
**************************************************

TO THE HONORABLE PRESIDING JUDGE AND ASSOCIATE JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS:

Appellant presents this First Motion for Extension of Time of Thirty Additional Days to File the Petition for Discretionary Review as follows:

1. Appellant's appealed to the Thirteenth Court of Appeals of Texas. affirmed on June 25, 2015 by the Thirteenth Court of Appeals.

2. The Thirteenth Court of Appeals of Texas affirmed Appellant's conviction on June 25, 2015. The

Petition for Discretionary Review is due to be filed on or by July 25, 2015.

3. The case style is Alejandro Barrientes v. State of Texas, Court of Appeals Cause no. 13-14-00297-cr, Trial Court Cause No. 2013-DCR-00657-A

4. No motion for rehearing is pending before the Thirteenth Court of Appeals of Texas at this time.

5. Appellant seeks an extension of 30 days, from the present deadline of July 25, 2015 to a new deadline of August 24, 2015, to file a Petition for Discretionary Review.

6. No other extensions of time have been sought or granted for a Petition of Discretionary Review in this case.

7. The Court of Criminal Appeals of Texas may extend the time to file a Petition for Discretionary Review.

> "After the filing and denial of Foster's motion for rehearing, Foster, after obtaining an extension of time from the Court of Criminal Appeals, timely filed a petition for

discretionary review on December 1, 2009." **Foster, v. State**,320 S.W. 3d 635 (Tex.Crim.App.2010)

## Conclusion and request for relief

The Court of Criminal Appeals of Texas should extend the time to file the Petition for Discretionary Review from July 25, 2015 until August 24, 2015.

LAW OFFICE OF LARRY WARNER

RESPECTFULLY SUBMITTED

July 14, 2015

By:

*/s/Larry Warner*

Larry Warner,

Counsel for Alejandro Barrientes

3109 Banyan Circle

Harlingen, Texas 78550

Phone: (956)230-0361
Facsimile: (866)408-1968

Office@larrywarner.com

Texas Bar#20871500;

USDC,SDTX 1230;

Board Certified,

Criminal Law,

Texas Board of Legal Specialization(1983)

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**

**CAUSE NO. _____**

**ON APPEAL FROM:**

**IN THE COURT OF APPEALS**

**FOR THE THIRTEENTH DISTRICT OF TEXAS**

**CAUSE NO. 13-14-00297-CR**

---

**ALEJANDRO BARRIENTES**

**V.**

**THE STATE OF TEXAS**

---

**ON APPEAL FROM THE 107TH DISTRICT COURT OF**

**CAMERON COUNTY, TEXAS**

**CAUSE NO. 2013-DCR-00657-A**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATE OF SERVICE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I emailed and faxed a copy of **the Appellant's First Motion for Extension of Time of Thirty Additional Days to File a Petition for Discretionary Review**, the document to which this certificate is attached, to opposing counsel's office on July 14, 2015, the day it was filed.

LUIS V. SAENZ, Cameron County District Attorney's Office, 964 E. Harrison, Brownsville, Texas 78520. Phone (956) 544-0849. Fax (956) 544-0869. Email: district.attorney@co.cameron.tx.us

> LAW OFFICE OF LARRY WARNER
> RESPECTFULLY SUBMITTED
> By: */s/Larry Warner*
> Larry Warner,
> Counsel for Alejandro
> Barrientes